AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-2580

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Silvia Asturias

was received by me on *(date)* 8/11/2010.

☑ I personally served the summons on the individual at *(place)* 43 French Market Place, New Orleans, LA on *(date)* 8/20/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/20/10

*Server's signature*

Kevin P. Fucich
*Printed name and title*

620 Tchoupitoulas Street, NOLA 70130
*Server's address*

Additional information regarding attempted service, etc: