UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| SILVER DREAM, L.L.C., a Louisiana ) <br> Limited Liability Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SILVIA ASTURIAS, JUAN ASTURIAS ) <br> and MAYAN OBSESSIONS, INC., ) <br> d/b/a STERLING SILVIA ) <br> _____) | CIVIL ACTION NO. 2010-2580 <br> <br> SECTION "R" <br> CHIEF JUDGE SARAH VANCE <br> <br> <br> <br> DIVISION 3 <br> MAGISTRATE JUDGE KNOWLES |

## **TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUCTION**

Pursuant to Fed.R.Civ.P. 65(b) and (c), plaintiff Silver Dream, L.L.C. moved the Court for an Order enjoining defendants Silvia Asturias, Juan Asturias and Mayan Obsessions, Inc., collectively doing business as "Sterling Silvia", from selling certain jewelry designs. Defendants, without any admission of liability for damages, attorneys' fees, or costs, have consented to entry of the Temporary Restraining Order and Preliminary Injunction.

ACCORDINGLY, it is ORDERED that:

1. Defendants Silvia Asturias, Juan Asturias, Mayan Obsessions, Inc. and their officers, agents, servants, employees, attorneys and all other persons in active concert, privy or participation with any of the defendants are hereby enjoined from selling, offering for sale,

distributing, marketing, advertising, transferring, displaying or otherwise promoting any jewelry product incorporating the Silver Dream design shown below (the "Silver Dream Design"):



2. Defendants Silvia Asturias, Juan Asturias, Mayan Obsessions, Inc. and their officers, agents, servants, employees, attorneys and all persons in active concert, privy or participation with any of the defendants are hereby enjoined from selling, offering for sale, distributing, marketing, advertising, transferring, displaying or otherwise promoting any jewelry product incorporating any design that is substantially similar to the Silver Dream Design shown above.

Signed this 14th day of September, 2010, in New Orleans, Louisiana.

_Sarah Vance_
United States District Judge

APPROVED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| /s/ Gregory D. Latham_____ | /s/ Theodore S. Owers III_____ |
| Gregory D. Latham | Raymond G. Areaux (#16792) |
| INTELLECTUAL PROPERTY CONSULTING, LLC | Theodore S. Owers III (#27028) |
| ATTORNEY AT LAW | Ian C. Barras (#30854) |
| 201 St. Charles Avenue,. Suite 201 | J. Matthew Miller III (#32594) |
| New Orleans, LA 70170 | CARVER, DARDEN, KORETZKY, TESSIER, |
| Telephone: 504.322.7166 |    FINN, BLOSSMAN & AREAUX, LLC |
| Facsimile: 504.596.2867 | 1100 Poydras Street, Suite 3100 |
| glatham@iplawconsulting.com | New Orleans, LA 70163 |
| | Telephone: 504.585.3811 |
| Attorney for Silver Dream, LLC | Facsimile: 504.585.3801 |
| | owers@carverdarden.com |
| | |
| | Attorney for Silvia Asturias, Juan Asturias, and Mayan Obsessions, Inc. |